RECEIVED
IN MONROE, LA
MAY 22 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 00-30044-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TRAVIS JONES LAMBERT | MAG. JUDGE KAREN L. HAYES |

MEMORANDUM ORDER

On June 18, 2001, the Court sentenced Defendant Travis Jones Lambert ("Lambert") to make restitution in the total amount of $98,773.00. The presentence report presented to the Court indicated that Lambert should be ordered to pay $49,473.00 of the restitution jointly and severally with his Co-Defendant Joseph Paul Lewis ("Lewis"), Crim. No. 00-30044-02. See [Doc. No. 29]. The Court found the presentence report to be correct and adopted that report.

However, the written Judgment signed by the Court [Doc. No. 31] indicates that Lambert will pay the total amount of restitution of **$98,773.00** jointly and severally with Lewis.[1] This finding as to the amount of restitution to be paid jointly and severally is a "clerical error in the judgment" and/or an "error in the record arising from oversight or omission." Fed. R. Crim. P. 36.

Accordingly, the Court hereby gives notice to the Government of its intent to issue an Amended Judgment correcting the June 18, 2001 Judgment to show the correct joint and several amount.

IT IS HEREBY ORDERED that, unless the Court receives an objection from the Government within ten (10) business days from the date of this Memorandum Order, an Amended

---

[1] The Minutes of Court are also incorrect, but the Minutes merely track the language of the written Judgment.

Judgment will issue correcting the amount of restitution to be paid jointly and severally by Lambert.

MONROE, LOUISIANA, this 22 day of May, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE