RECEIVED
IN MONROE, LA
JUN 8 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 00-30044-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TRAVIS JONES LAMBERT | MAG. JUDGE KAREN L. HAYES |

## AMENDED JUDGMENT

For the reasons stated in this Court's May 22, 2007 Order and having received no objection from the Government,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment of the Court, imposed on June 18, 2001, sentencing Defendant Travis Jones Lambert ("Lambert") to make restitution jointly and severally with Co-Defendant Joseph Paul Lewis ("Lewis") is AMENDED. As previously ordered, Lambert is required to make restitution in the total amount of $98,773.00. Additionally, as previously ordered, Lambert is required to make restitution jointly and severally with Lewis, but **not** in the total amount of $98,773.00. Lambert is required to make restitution jointly and severally with Lewis in the amount of **$49,473.00**. The remaining amount of restitution owed by Lambert, $49,300.00, is his obligation alone.

MONROE, LOUISIANA, this 8 day of June, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE